IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES JEDLICKA, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. H-10-2802 |
| SAN JACINTO INVESTMENTS, *et al.*, | § § § |
| Defendants. | § § |

## ORDER

Plaintiff filed an unopposed motion for continuance of the scheduling conference, (Docket Entry No. 10). The motion is granted. The initial pretrial and scheduling conference is reset to **January 14, 2011, at 2:30 p.m.** The joint discovery case management plan is due by **January 7, 2011.**

SIGNED on December 10, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge